

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00243-CV

Yvette Hernandez
v.
First Bank d/b/a First Bank Mortgage, its Successors and Assigns

On appeal from the
County Court of Willacy County, Texas
Trial Cause No. 2018-CCV-0003

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

September 12, 2019